[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12976

Non-Argument Calendar

_____

TIFFANY ROBIN ROBERTS,

Petitioner-Appellant,

*versus*

STAFF ATTORNEY 4,
SCOTT ANDERSON,
D A,
GARRICK VICKERY,
Prosecutor,
BYRON WILLIAMS,
Officer,
NATE ALLEN,
Chief, et al.,

2                    Opinion of the Court                    23-12976

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:20-cv-00795-RDP-NAD

_____

Before WILSON, GRANT, and ABUDU, Circuit Judges

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The statutory time limit required Tiffany Roberts to file a notice of appeal on or before July 10, 2023, which was the first business day after the 30-day period following the district court's June 9, 2023, denial of her amended Federal Rule of Civil Procedure 60 motion. 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C). However, Roberts did not file her notice of appeal until September 1, 2023.

Additionally, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that the timely filing of a notice of appeal in a civil case is a jurisdictional requirement, and we cannot entertain an appeal that is out of time).

23-12976                Opinion of the Court                3

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.